UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KELVIN LANEIL JAMES,

        Petitioner,

v.

WILLIAM A. GITTERES, *et al.*,

        Respondents.

Case No. 3:24-cv-00286-ART-CSD

ORDER

*Pro se* Petitioner Kelvin Laneil James has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) James has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the 6-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. James has 60 days from the date of this Order to either pay the $5 filing fee or file a completed IFP application.

    It is therefore ordered that within 60 days of the date of this Order, Petitioner Kelvin Laneil James must (1) file an IFP application on the approved form with the three supporting documents listed above, or (2) pay the $5 filing fee. James's failure to timely comply with this Order will result in the dismissal of the Petition without prejudice and without further advance notice.

    It is further ordered that the Clerk of Court send James one blank copy of

1  the IFP application form for inmates along with instructions.

2  DATED THIS 12th day of July 2024.

<br>

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE