UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN LANEIL JAMES,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>WILLIAM A. GITTERES, et al.,<br>　　　　　　　　　　Respondents. | Case No. 3:24-cv-00286-ART-CSD<br><br>APPOINTMENT AND SCHEDULING ORDER |

　　　On September 6, 2024, this Court granted Petitioner Kelvin Laneil James's motion for appointment of counsel, provisionally appointed the Federal Public Defender to represent James, and gave the Federal Public Defender 30 days to (1) undertake direct representation of James by filing a notice of appearance or (2) indicate the office's inability to represent James in these proceedings. (ECF No. 13.) On October 4, 2024, the Federal Public Defender timely filed their notice of appearance. (ECF No. 17.)

　　　It is therefore ordered that the Federal Public Defender, through Amelia L. Bizzaro, Esq., is appointed as counsel for James pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent James in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

　　　It is further ordered that James has up to and including 60 days from entry of this Order within which to file a response to the Court's Order to Show Cause. Respondents will then have 30 days to file a response, and James will have 30 days to file a reply.

　　　DATED THIS 15th day of October 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1