UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN LANEIL JAMES,<br><br>    Petitioner,<br>v.<br><br>WILLIAM A. GITTTERES, et al.,<br><br>    Respondents. | Case No. 3:24-cv-00286-ART-CSD<br><br>ORDER |

This habeas corpus action comes before the Court on counseled Petitioner Kelvin Laneil James's motion for a default judgment. (ECF No. 20.) Respondents have moved to strike the motion. (ECF No. 21.) Because James is represented by counsel, his motion for a default judgment is a fugitive document. *See* LR IA 11-6 (Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the court).

IT IS THEREFORE ORDERED that Respondents' motion to strike (ECF No. 21) is granted. The Clerk of the Court shall strike the motion for default judgment (ECF No. 20.)

DATED THIS 27th day of November 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1