UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN LANEIL JAMES,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>WILLIAM A. GITTTERES, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:24-cv-00286-ART-CSD<br><br>ORDER |

This habeas corpus action comes before the Court on counseled Petitioner Kelvin Laneil James's unopposed motion for an extension of time. (ECF Nos. 23, 25.) This is Petitioner's first request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the unopposed motion for an extension of time (ECF No. 23, 25) is granted. Petitioner has up to and including March 17, 2025, to file his response to the order to show cause.

DATED THIS 20th day of December 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1