UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN LANEIL JAMES,<br><br>                     Petitioner,<br>v.<br><br>WILLIAM A. GITTTERES, et al.,<br><br>                     Respondents. | Case No. 3:24-cv-00286-ART-CSD<br><br>ORDER |

       This habeas corpus action comes before the Court on counseled Petitioner Kelvin Laneil James's unopposed motion for an extension of time to file his status report. (ECF No. 31.) This is Petitioner's first request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

       It is therefore ordered that the unopposed motion for an extension of time (ECF No. 31) is granted. Petitioner has up to and including June 10, 2025, to file his status report.

       DATED THIS 21st day of May 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE