UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KELVIN LANEIL JAMES,

                    Petitioner,

v.

WILLIAM A. GITTTERES, et al.,

                    Respondents.

Case No. 3:24-cv-00286-ART-CSD

ORDER

        This habeas corpus action comes before the Court on counseled Petitioner Kelvin Laneil James's unopposed motion for a 150-day extension of time to file his counseled response to the Order to Show Cause. (ECF No. 35.) This is Petitioner's second request for an extension of this deadline. The Court finds that good cause exists to grant the motion. This action is also before the Court on Petitioner's *pro se* motion for leave to amend his petition. (ECF Nos. 28, 29.) Because the Court needs to rule on the timeliness of Petitioner's original petition, which is the basis of the Order to Show Cause, before allowing the petition to be amended, the motion to amend is denied without prejudice as premature.

        It is therefore ordered that the unopposed motion for an extension of time (ECF No. 35) is granted. Petitioner has up to and including January 5, 2026, to file his response.

        It is further ordered that the motion for leave to amend (ECF No. 29) is denied without prejudice.

        DATED THIS 14th day of August 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1