UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN LANEIL JAMES, | Case No. 3:24-cv-00286-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM A. GITTERES, | |
| Respondent. | |

Before this Court is Petitioner Kelvin Laneil James's motion to seal exhibit. (ECF No. 38.) James seeks leave to file exhibit 1, his medical records (ECF No. 39-1), under seal. Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect James's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

It is therefore ordered that the motion to seal (ECF No. 38) is granted. Exhibit 1 (ECF No. 39-1) is considered properly filed under seal.

DATED THIS 12th day of January 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1