UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KELVIN LANEIL JAMES,

Petitioner,

v.

JEREMY BEAN,

Respondent.

Case No. 3:24-cv-00286-ART-CSD

ORDER

This habeas corpus action comes before the Court on Respondent's motion to strike Petitioner Kelvin Laneil James's pro se filings. (ECF No. 47.) Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the Court. LR IA 11-6. Because James is represented by counsel, his pro se filings (ECF Nos. 44, 45) are fugitive documents and will be stricken from the record.

This action is also before the Court on James's counseled motion for a 45-day extension of time to file his amended petition. (ECF No. 48.) This is Petitioner's first request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

It is therefore ordered that the motion to strike (ECF No. 47) is granted. The Clerk of Court is kindly directed to strike ECF Nos. 44 and 45.

It is further ordered that motion for an extension of time (ECF No. 48) is granted. Petitioner has up to and including August 20, 2026, to file his amended petition.

DATED THIS 8th day of July 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1