UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KELVIN LANEIL JAMES,

Petitioner,

v.

JEREMY BEAN,

Respondent.

Case No. 3:24-cv-00286-ART-CSD

EXTENSION ORDER

This habeas corpus action comes before the Court on Respondent's unopposed motion for a 45-day extension of time to file his response to Petitioner Kelvin Laneil James's petition. (ECF No. 55.) This is Respondent's first request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 55) is granted. Respondent has up to and including December 3, 2026, to file his response.

DATED THIS 20th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE